UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BERKOWSKI,

    Plaintiff,

v.                                           Case No. 08-12862
                                              Honorable Patrick J. Duggan

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

This matter is before the Court on motions for summary judgment from both parties. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** the Plaintiff's motion for summary judgment is **GRANTED IN PART**, that the Commissioner's denial of Plaintiff's benefits is **REVERSED**, and that this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with Magistrate Judge Majzoub's R&R..

                                                s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Date: September 9, 2009

copies to:
Thomas Bertino, Esq.
Theresa M. Urbanic, AUSA