UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BERKOWSKI,

        Plaintiff,        Civ Action No. 08-12862
                              Hon. Patrick J. Duggan

v.

COMMISSIONER OF SOCIAL SECURITY

    Defendant.

## ORDER FOR ATTORNEY FEES AND COST UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 USC SECTION 2412

The Court, being duly advised, grants the stipulation. Accordingly, the Commissioner of Social Security is hereby directed to pay an award of EAJA attorney fees in the amount of $2,880 and reimbursement of the filing fee of $350.00 for a total award of $3,230 payable directly to Plaintiff's counsel, Thomas J. Bertino.

    IT IS SO ORDERED.

                              **S/Patrick J. Duggan**
                              **Patrick J. Duggan**
                              **United States District Judge**

Dated: October 27, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 27, 2009, by electronic and/or ordinary mail.

                              S/Marilyn Orem
                              Case Manager